THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENEDICT SOKOLOWSKI,
LYNDA SOKOLOWSKI,

   Plaintiff,

v.             3:23-CV-00150
               (JUDGE MARIANI)
FALLING CREEK BUILDERS, LLC,
FALLING CREEK BUILDERS, INC.,
FALLING CREEK BUILDERS,
FALLING CREEK, LLC,

   Defendant.

## ORDER

AND NOW, THIS  22nd  DAY OF JANUARY, 2024, upon consideration of Plaintiffs Benedict and Lynda Sokolowski's Motion for Default Judgment Against Defendants Falling Creek Builders, LLC, Falling Creek Builders, Inc., Falling Creek Builders, Falling Creek, LLC (Doc. 8), in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion (Doc. 8) is **GRANTED**;

2. Default Judgment is hereby entered in **FAVOR** of Plaintiffs Benedict and Lynda Sokolowski and **AGAINST** Defendants Falling Creek Builders, LLC, Falling Creek Builders, Inc., Falling Creek Builders, Falling Creek, LLC;

3. Plaintiffs are **DIRECTED** to provide a detailed affidavit and documentation in support of their request for monetary damages within **21 DAYS** of this Order;

Robert D. Mariani
United States District Judge