THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENEDICT SOKOLOWSKI,
LYNDA SOKOLOWSKI,

      Plaintiff,

v.                                              3:23-CV-00150
                                                (JUDGE MARIANI)
FALLING CREEK BUILDERS, LLC,
FALLING CREEK BUILDERS, INC.,
FALLING CREEK BUILDERS,
FALLING CREEK, LLC,

      Defendant.

## ORDER

AND NOW, THIS 17th DAY OF MAY, 2024, upon consideration of Defendants' Petition to Open Judgment, which the Court views as a Motion to Set Aside Default Judgment (Doc. 16), **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion (Doc. 16) is **GRANTED**.

2. The default judgment previously entered by this Court (Docs. 11, 12, & 13) is **SET ASIDE**.

Robert D. Mariani
United States District Judge